Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
susan.olson@bullivant.com
edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>Plaintiff,<br><br>vs.<br><br>INDUSTRIAL COMMERCIAL CONCRETE CONSTRUCTION, INC., a California corporation; and JEFFREY J. HUSTON, an individual,<br><br>Defendants. | Case No.: C 14-02061 JSC |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS | Case No.: C 14-02064 JSC<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:         September 11, 2014<br>Time:        1:30 p.m.<br>Ctroom:    F, 15th Floor<br>                 Hon. Jacqueline Scott Corley |

– 1 –

1 | TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,
2 |
3 |                   Plaintiffs,
  |       vs.
4 |
5 | INDUSTRIAL COMMERCIAL CONCRETE CONSTRUCTION, INC., a California corporation; and JEFFREY J. HUSTON, an individual,
6 |
7 |                   Defendants.

8

9       Plaintiffs Cement Masons Trust Funds provide this updated case management statement.

10      On May 6, 2014, Plaintiffs Cement Masons Trust Funds filed their Complaint for

11 Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund

12 Contributions, For Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") in

13 Case No.: C 14-02064 DMR.  Plaintiffs seek to recover fringe benefit contributions due and

14 owing on behalf of Industrial Commercial Concrete Construction, Inc.'s covered employees.

15      On May 6, 2014, Plaintiffs Laborers Trust Funds filed their Complaint for Damages for

16 Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For

17 Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") before this Court.

18 Plaintiffs seek to recover fringe benefit contributions due and owing on behalf of Industrial

19 Commercial Concrete Construction, Inc.'s covered employees.

20      The Laborers Trust Funds and Cement Masons Trust Funds are located in the same

21 building and share the same auditor and management of their respective collections

22 departments.  The two Trust Funds are jointly administered.

23      On July 31, 2014, an Administrative Motion to Relate Cases was filed.  On August 21,

24 2014 the Administrative Motion to Relate Cases was granted and these two cases were assigned

25 to this Court.

26 / / /

27 / / /

28 / / /

– 2 –
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1     Since filing both Complaints, Plaintiffs made several attempts to locate and serve defendants. Plaintiffs have not been able to locate and serve defendants. Plaintiffs are following up on all leads. If Plaintiffs are unable to locate and serve defendants within the next 30 days, Plaintiffs will move to serve defendants via publication.

    Based on the above, Plaintiffs Cement Masons Trust Funds respectfully request that this Court continue the September 11, 2014 case management conference for thirty (30) days.

DATED: September 4, 2014

                                           BULLIVANT HOUSER BAILEY PC

                                           By  */s/ Ronald L. Richman*
                                                  Ronald L. Richman

                                         Attorneys for Plaintiffs

## **ORDER**

    Based on the Plaintiffs' request to continue the case management conference and good cause appearing,

    IT IS HEREBY ORDERED that the September 11, 2014 case management conference be continued to __October 16_____, 2014 at 1:30 p.m., Courtroom F, 15th Floor. Plaintiffs shall file an updated case management conference statement no later than seven (7) days prior to the continued case management conference.

DATED: __Sept. 8_____, 2014

                                         By: _____
                                              HON. JACQUELINE SCOTT CORLEY
                                              UNITED STATES MAGISTRATE JUDGE

15208346.1