```
 1  Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
 2  Edward D. Winchester, SBN 271500
    BULLIVANT HOUSER BAILEY PC
 3  601 California Street, Suite 1800
    San Francisco, California  94108
 4  Telephone: 415.352.2700
    Facsimile: 415.352.2701
 5  E-Mail: ron.richman@bullivant.com
            susan.olson@bullivant.com
 6          edward.winchester@bullivant.com

 7  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>INDUSTRIAL COMMERCIAL CONCRETE CONSTRUCTION, INC., a California corporation; and JEFFREY J. HUSTON, an individual,<br><br>Defendants. | Case No.:  C 14-02061 JSC<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; [~~PROPOSED~~] ORDER THEREON**<br><br>Date:        October 16, 2014<br>Time:       1:30 p.m.<br>Ctroom:   F, 15th Floor<br>              Hon. Jacqueline Scott Corley |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS | Case No.:  C 14-02064 JSC |

CASE MANAGEMENT CONFERENCE STATEMENT; [~~PROPOSED~~] ORDER THEREON

1  TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,
2
3                    Plaintiffs,
   vs.
4
   INDUSTRIAL COMMERCIAL CONCRETE
5  CONSTRUCTION, INC., a California corporation; and JEFFREY J. HUSTON, an
6  individual,
7                    Defendants.
8

9         Plaintiffs Laborers Trust Funds provide this updated case management statement.

10        On May 6, 2014, Plaintiffs Laborers Trust Funds filed their Complaint for Damages for

11 Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For

12 Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") before this Court.

13 Plaintiffs seek to recover fringe benefit contributions due and owing on behalf of Industrial

14 Commercial Concrete Construction, Inc.'s covered employees.

15        On May 6, 2014, the Cement Masons Trust Funds filed their Complaint for Damages for

16 Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For

17 Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") in Case No. C 14-

18 02064 DMR. Plaintiffs Cement Masons Trust Funds seek to recover fringe benefit

19 contributions due and owing on behalf of Industrial Commercial Concrete Construction, Inc.'s

20 covered employees.

21        The Laborers Trust Funds and Cement Masons Trust Funds are located in the same

22 building and share the same auditor and management of their respective collections

23 departments. The two Trust Funds are jointly administered. On July 31, 2014, an

24 Administrative Motion to Relate Cases was filed. On August 21, 2014, the Administrative

25 Motion to Relate Cases was granted and these two cases were assigned to this Court.

26 / / /

27 / / /

28 / / /

Since filing both Complaints, Plaintiffs made several attempts to locate and serve defendants. Plaintiffs have not been able to locate and serve defendants. On September 24, 2014, Plaintiffs Laborers Trust Funds filed their Motion to Serve Defendants by Publication. Hearing on the Motion is set for November 6, 2014.

Based on the above, Plaintiffs Laborers Trust Funds respectfully request that this Court continue the October 16, 2014 Case Management Conference until after the hearing on the November 6, 2014 Motion to Serve Defendants by Publication.

DATED: October 7, 2014

                                  BULLIVANT HOUSER BAILEY PC

                                  By _/s/ Ronald L. Richman_____
                                       Ronald L. Richman

                                  Attorneys for Plaintiffs

**ORDER**

Based on the Plaintiffs' request to continue the case management conference and good cause appearing,

IT IS HEREBY ORDERED that the October 16, 2014 case management conference be continued to _November 20_, 2014 at 1:30 p.m., Courtroom F, 15th Floor. Plaintiffs shall file an updated case management conference statement no later than seven (7) days prior to the continued case management conference.

DATED: _October 14_, 2014

                                  By: _/s/ Jacqueline S. Corley_____
                                  HON. JACQUELINE SCOTT CORLEY
                                  UNITED STATES MAGISTRATE JUDGE

15259267.1

CASE MANAGEMENT CONFERENCE STATEMENT; [~~PROPOSED~~] ORDER THEREON