UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>INDUSTRIAL COMMERCIAL CONCRETE CONSTRUCTION, INC., et al.,<br><br>          Defendants.<br><br>BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>INDUSTRIAL COMMERCIAL CONCRETE CONSTRUCTION, INC., et al.,<br><br>          Defendants. | Case No. 14-cv-02064-JSC<br>14-cv-02061 JSC<br><br>**ORDER TO RESUBMIT DECLARATION OF RONALD L. RICHMAN WITH DEFENDANT HUSTON'S SOCIAL SECURITY NUMBER REDACTED** |

   Plaintiffs' attorney filed a declaration on September 24, 2014 in the above related cases with an attached document containing individual Defendant Jeffrey Huston's unredacted social security number. (Dkt. No. 20, p. 12.) The Court subsequently sealed Docket Number 20 in both cases. Plaintiff is hereby ordered to resubmit the documents filed under Docket Number 20 with Defendant Huston's social security number redacted.

1      **IT IS SO ORDERED**.

2   Dated: November 5, 2014

3   _____
4   JACQUELINE SCOTT CORLEY
    United States Magistrate Judge