1   Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
2   Edward D. Winchester, SBN 271500
    BULLIVANT HOUSER BAILEY PC
3   601 California Street, Suite 1800
    San Francisco, California  94108
4   Telephone: 415.352.2700
    Facsimile: 415.352.2701
5   E-Mail: ron.richman@bullivant.com
            susan.olson@bullivant.com
6           edward.winchester@bullivant.com

7   Attorneys for Plaintiffs

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  BOARD OF TRUSTEES OF THE                    Case No.:  C 14-02061 JSC
    LABORERS HEALTH AND WELFARE
12  TRUST FUND FOR NORTHERN                     **CASE MANAGEMENT CONFERENCE**
    CALIFORNIA; BOARD OF TRUSTEES OF            **STATEMENT; ORDER THEREON**
13  THE LABORERS VACATION-HOLIDAY
    TRUST FUND FOR NORTHERN
14  CALIFORNIA; BOARD OF TRUSTEES OF            **Date:        December 18, 2014**
    THE LABORERS PENSION TRUST FUND             **Time:        1:30 p.m.**
15  FOR NORTHERN CALIFORNIA; and                **Ctroom:      F, 15th Floor**
    BOARD OF TRUSTEES OF THE                    **             Hon. Jacqueline Scott Corley**
16  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
17  CALIFORNIA,

18               Plaintiff,

19          vs.

20  INDUSTRIAL COMMERCIAL CONCRETE
    CONSTRUCTION, INC., a California
21  corporation; and JEFFREY J. HUSTON, an
    individual,
22
                 Defendants.
23

24  BOARD OF TRUSTEES OF THE CEMENT             Case No.:  C 14-02064 JSC
    MASONS HEALTH AND WELFARE TRUST
25  FUND FOR NORTHERN CALIFORNIA;
    BOARD OF TRUSTEES OF THE CEMENT
26  MASONS VACATION-HOLIDAY TRUST
    FUND FOR NORTHERN CALIFORNIA;
27  BOARD OF TRUSTEES OF THE CEMENT
    MASONS PENSION TRUST FUND FOR
28  NORTHERN CALIFORNIA; AND BOARD
    OF TRUSTEES OF THE CEMENT MASONS

                              – 1 –

1  | TRAINING TRUST FUND FOR NORTHERN
   | CALIFORNIA,
2  |
   |                    Plaintiffs,
3  |
   |      vs.
4  |
5  | INDUSTRIAL COMMERCIAL CONCRETE
   | CONSTRUCTION, INC., a California
   | corporation; and JEFFREY J. HUSTON, an
6  | individual,
7  |
   |                    Defendants.
8  |
9  |          Plaintiffs Laborers Trust Funds provide this updated case management statement.

10         On May 6, 2014, Plaintiffs Laborers Trust Funds filed their Complaint for Damages for

11  Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For

12  Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") before this Court.

13  Plaintiffs seek to recover fringe benefit contributions due and owing on behalf of Industrial

14  Commercial Concrete Construction, Inc.'s covered employees.

15         On May 6, 2014, the Cement Masons Trust Funds filed their Complaint for Damages for

16  Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For

17  Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") in Case No. C 14-

18  02064 DMR.  Plaintiffs Cement Masons Trust Funds seek to recover fringe benefit

19  contributions due and owing on behalf of Industrial Commercial Concrete Construction, Inc.'s

20  covered employees.

21         On August 21, 2014, the Administrative Motion to Relate Cases was granted and these

22  two cases were assigned to this Court.

23         Since filing both Complaints, Plaintiffs made several attempts to locate and serve

24  Defendants:

25         • May 9, 2014;

26         • May 10, 2014;

27         • May 11, 2014; and

28         • August 21, 2014.

– 2 –

1    On September 24, 2014, Plaintiffs brought their Motion to Serve Defendants by

2  Publication.  Hearing was set for November 6, 2014.  On November 5, 2014 this Court issued an

3  Order denying the motion, without prejudice.  The Order directed Plaintiffs to make additional

4  reasonable efforts to serve Defendants and to exhaust all other available remedies prior to

5  making a further motion to serve Defendants by publication.  This Court further noted that

6  service of Defendant Industrial Commercial Concrete Construction, Inc. would be more suitable

7  for service through the Secretary of State rather than via Publication (assuming further efforts at

8  service were unproductive).

9    After the Court issued its November 5, 2014 Order, Plaintiffs attempted to once again

10  serve Defendants at 1531 N. Mitchell Canyon Road, Clayton, CA 94517, the last known

11  residential address of Defendant Jeffrey J. Huston, the President/CEO of Industrial Commercial

12  Concrete Construction, Inc.  Service was attempted on the following dates:

13    • December 1, 2014;

14    • December 2, 2014 (two attempts on this date); and

15    • December 3, 2014.

16    Prior to making further attempts at service, Plaintiffs were able to verify that the

17  1531 N. Mitchell Canyon Road address is the current residence of Defendant Huston.  A

18  representative of Plaintiffs is familiar with the address, has visited the residence and was

19  positively able to identify the residence with a recent photograph of the residence.  In addition,

20  this representative is able to verify the white pick-up truck at the residence belonging to

21  Defendant Huston.  According to Plaintiffs' process server, the residence is occupied, lights are

22  on, the blinds are closed, and a dog barks when the process server rang the doorbell.

23    Plaintiffs' representative has also met Defendant Huston and is familiar with his physical

24  description.  Defendant Huston's physical description matches the physical description of the

25  person who was contacted at the residence on August 21, 2014 by Plaintiffs' process server and

26  denied to the process server that he was Defendant Huston and knew nothing about Industrial

27  Commercial Concrete Construction.

28  / / /

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1   Plaintiffs are making further attempts to serve Defendants during the next thirty days.  If

2   these attempts are not successful, Plaintiffs will bring a motion to serve Defendant Industrial

3   Commercial Concrete Construction via the Secretary of State and to serve Defendant Huston via

4   publication.

5   Based on the above, Plaintiffs Laborers Trust Funds respectfully request that this Court

6   continue the December 18, 2014 Case Management Conference for an additional thirty days.  If

7   Plaintiffs are unable to effectuate service within the next thirty days, Plaintiffs will file their

8   motions to serve Defendant Industrial Commercial Concrete Construction via the Secretary of

9   State and to serve Defendant Huston via publication.

10  DATED:  December 11, 2014

11                                          BULLIVANT HOUSER BAILEY PC

12

13                                          By  */s/ Ronald L. Richman*
                                               Ronald L. Richman

14                                          Attorneys for Plaintiffs

15

16

17                                          **ORDER**

18  Based on the Plaintiffs' request to continue the case management conference and good

19  cause appearing,

20  IT IS HEREBY ORDERED that the December 18, 2014 case management conference

21  be continued to  February 5        , 2015 at 1:30 p.m., Courtroom F, 15th Floor.  Plaintiffs

22  shall file an updated case management conference statement no later than seven (7) days prior to

23  the continued case management conference.

24  DATED:  Dec. 12      , 2014

25

26  By:  _____
                                          HON. JACQUELINE SCOTT CORLEY

27                                          UNITED STATES MAGISTRATE JUDGE

28

15348709.1

– 4 –

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON